**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DANIEL M. SOLOMON,**

**Petitioner.** **Case No: 8:26-mc-27-MSS-AS**

---

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Petition for Miscellaneous Filing for Protective Order in Special Term. (Dkt. 1) On July 16, 2026, United States Magistrate Judge Amanda Arnold Sansone issued a Report and Recommendation, (Dkt. 2), which recommended Plaintiff's Petition be denied and this miscellaneous case be dismissed without prejudice. Plaintiff filed a timely objection to the Report and Recommendation. (Dkt. 3) Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DENIES** Plaintiff's Petition and **DISMISSES** this case without prejudice.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which

specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). Absent specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

The Report and Recommendation recommends denial of the petition and dismissal of this action because Plaintiff's Petition provides no basis for judicial relief or any support for this Court's jurisdiction. The Report and Recommendation also notes that the filing is "replete with legal-sounding but meaningless verbiage commonly used by adherents to the so-called sovereign citizen movement." (Dkt. 2 at 1) Plaintiff filed an objection to the Report and Recommendation, asserting that he is not a sovereign citizen and the relief he seeks is properly before the Court. Accepting Plaintiff at his word that he is not a sovereign citizen, the Petition is, nevertheless, due to be denied and this matter is due to be dismissed. Plaintiff's Petition provides no basis for judicial relief or support for this Court's jurisdiction.

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion the Report and Recommendation should be adopted, confirmed, and approved. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 2), is **CONFIRMED** and **ADOPTED** as part of this Order. The Court does not find that the Plaintiff is a sovereign citizen.

2. Plaintiff's Petition for Miscellaneous Filing for Protective Order in Special Term, (Dkt. 1), is **DENIED**.

3. Plaintiff's Objection to the Report and Recommendation, (Dkt. 3), is **OVERRULED**.

4. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** any pending motions and deadlines and **CLOSE THE CASE**.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of August 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person